# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CHRISTIAN SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>1.TRANSPORTATION PARTNERS &.,)<br>    LOGISTICS, LLC, )<br>)<br>Defendant. ) | Case No. CIV-17-1175-F |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 2ND DAY OF APRIL 2018.**

HAMMONS, GOWENS, HURST & ASSOCIATES

S/Mark E. Hammons
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
tara@hammonslaw.com
Jury Trial Demanded
Attorney Lien Claimed
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 2nd day of April 2018.

Nathan L. Whatley, OBA # 14601
McAFEE & TAFT
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Nathan.whatley@mcafeetaft.com
*Attorney for Defendant*

                   s/ Mark E. Hammons