**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. CHRISTIAN SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1175-F |
| | ) | |
| | ) | |
| 1.TRANSPORTATION PARTNERS &.,) | | |
| LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 3rd  DAY OF APRIL 2018.**

HAMMONS, GOWENS, HURST
& ASSOCIATES

S/Mark E. Hammons
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
tara@hammonslaw.com
Jury Trial Demanded
Attorney Lien Claimed
Counsel for Plaintiff

s/Nathan L. Whatley
*(Signed by filing party with permission)*
Nathan L. Whatley, OBA # 14601
McAFEE & TAFT
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Nathan.whatley@mcafeetaft.com
*Attorney for Defendant*